IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CASE NO. 3:94-00092 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| ERROL EUGENE WASHINGTON, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Defendant's second petition for relief under the retroactive crack cocaine amendment to the United States Sentencing Guidelines and for immediate release (Docket Entry No. 290). The Defendant and the United States agree that the Defendant should be resentenced and the Judgment amended to a sentence of 211 months, a reduced 151 months sentence on his crack cocaine convictions and a consecutive 60 months sentence on the firearms count.

The revised sentence reduces the Defendant's sentence by 37 months and sets his release date to January 8, 2010. Accordingly, the parties agree and the Court **ORDERS** that the Defendant be release immediately.

It is so **ORDERED**.

ENTERED this the ____ day of November, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge